FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 MAY 14 PM 3:17

CLERK C. Roberson
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORIGA
# WAYCROSS DIVISION

| | |
|---|---|
| WILLIAM N. JORDAN, | ) |
|     Plaintiff, | ) |
| | ) CASE NUMBER: CV517-33 |
| vs | ) USCOA No.: 18-14112 |
| | ) |
| CITY OF WAYCROSS, GEORGIA, et al., | ) |
|     Defendants. | |

## **ORDER**

The Appeal of the Order of this Court in the above entitled action having been dismissed, pursuant to the parties' Joint Motion to Dismiss by the U.S. Court of Appeals;

IT IS HEREBY ORDERED that the Mandate of the Eleventh Circuit, U.S. Court of Appeals is made the Judgment of this Court.

SO ORDERED, this  14  day of  May , 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA