# In the United States District Court for the Southern District of Georgia Waycross Division



FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 12:09 pm, May 18, 2020*

| | |
|---|---|
| WILLIAM N. JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WAYCROSS, GEORGIA; DAVID E. EDDINS, fire chief for the city of Waycross, Georgia, in his individual and official capacities; TRINIJA MOLINA-MARTIN, individually and in her official capacity as director of human resources and risk management of the city of Waycross, Georgia; and RAPHEL MADDOX, individually and in his official capacity as city manager of the city of Waycross, Georgia,<br><br>    Defendants. | No. 5:17-cv-33 |

## ORDER

On August 27, 2018, the Court granted and denied in part Defendants' motion for summary judgment. Dkt. No. 44. Defendants appealed to the Eleventh Circuit. Dkt. No. 48. While the appeal was pending, the parties reached a settlement agreement, dkt. no. 56, and dismissed the appeal, dkt. no. 57.

Accordingly, on or before July 15, 2020, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil

Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement.  If the parties elect not to file a dismissal judgment as described above, the Court will dismiss the case with prejudice.  See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this 18th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA