FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:41 pm, Jul 17, 2020

# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| WILLIAM N. JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WAYCROSS, GEORGIA; DAVID E. EDDINS, fire chief for the city of Waycross, Georgia, in his individual and official capacities; TRINIJA MOLINA-MARTIN, individually and in her official capacity as director of human resources and risk management of the city of Waycross, Georgia; and RAPHEL MADDOX, individually and in his official capacity as city manager of the city of Waycross, Georgia,<br><br>    Defendants. | No. 5:17-cv-33 |

## ORDER

On August 27, 2018, the Court granted and denied in part Defendants' motion for summary judgment. Dkt. No. 44. Defendants appealed to the Eleventh Circuit. Dkt. No. 48. While the appeal was pending, the parties reached a settlement agreement, dkt. no. 56, and dismissed the appeal, dkt. no. 57.

On May 18, 2020, the Court informed the parties that they

>     may present a dismissal judgment, pursuant to Federal
>     Rule of Civil Procedure 41(a)(2), incorporating the terms
>     of the parties' settlement, so the Court may retain
>     jurisdiction to enforce the agreement.  If the parties
>     elect not to file a dismissal judgment as described
>     above, the Court will dismiss the case with prejudice.
>     See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S.
>     375, 381-82 (1994).

Dkt. No. 61.

The parties have filed no dismissal, and the time for doing so has passed.  Accordingly, this case is **DISMISSED with prejudice**.  The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 17th day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA